IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNETTE FIGUEROA,

    *Plaintiff*,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    *Defendant*.

CIVIL ACTION
NO. 17-2336

## ORDER

**AND NOW**, this 24th day of January, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 10), Defendant's Response (ECF No. 15), Plaintiff's Reply (ECF No. 17), Magistrate Judge Sitarski's Report and Recommendation (ECF No. 19), Petitioner's Objections (ECF No. 20), Defendant's Response (ECF No. 22) and the Administrative Record (ECF No. 9), it is hereby **ORDERED** that:

1. Plaintiff's objections are **OVERRULED**;
2. Magistrate Judge Sitarski's Report and Recommendation is **APPROVED** and **ADOPTED**;
3. Plaintiff's request for review is **DENIED**;
4. The Commissioner of Social Security's decision is **AFFIRMED**; and
5. The Clerk of Court shall **CLOSE** this case.

                                              BY THE COURT:

                                              ***/s/ Gerald J. Pappert***
                                              GERALD J. PAPPERT, J